**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALEKSANDR RYVKIN ET AL.,**<br>**Plaintiffs,**<br>vs.<br>**MERCEDES-BENZ USA, LLC,**<br>**Defendant.** | Case No.  4:25-CV-03061-YGR<br><br>**ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO APPEAR** |

An initial case management conference in this matter was scheduled for July 14, 2025. Counsel for plaintiffs did not appear (despite filing a joint case management statement on July 7, 2025.)  This Court's Standing Order in Civil Cases requires that, at case management conferences, "each party shall be represented at case management conferences by lead trial counsel or counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters in the CAND CMC Order and Civil L.R. 16-10(b)." (Standing Order in Civil Cases, ¶ 6.)  The Standing Order further provides that failure to do so shall be considered grounds for sanctions.

Therefore, Luis A. Serrano and Kevin Jacobson, lead counsel for plaintiffs are **ORDERED TO SHOW CAUSE** why they should not be sanctioned in the amount of $250 for failure to appear. A hearing on this Order to Show Cause will be held on **Monday, July 28, 2025,** on the Court's **2:01 p.m.** Calendar via the Zoom platform.

By no later than **Monday, July 21, 2025,** said counsel must file a written response to this Order to Show Cause, including a statement as to whether they read the Court's Standing Order.  If the Court is satisfied with the response, it may vacate the hearing on the Order to Show Cause. Otherwise, lead trial counsel must personally appear at the hearing.  Failure to file a written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Court further continues the parties' Initial Case Management Conference to **July 28, 2025** at **2:01 p.m.**

**IT IS SO ORDERED.**

Dated: July 14, 2025

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE